KEIYON JOHNSON *v.* COMMISSIONER OF
CORRECTION
(AC 26703)

Schaller, Gruendel and Rogers, Js.

Argued December 7, 2006—officially released January 2, 2007

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* MARK E. LEWIS
(AC 27276)

Harper, Lavine and Dupont, Js.

Argued December 7, 2006—officially released January 2, 2007

Per Curiam. The judgment is affirmed.

GEORGE GALBERTH *v.* COMMISSIONER OF
CORRECTION
(AC 26755)

Schaller, Harper and Lavine, Js.

Argued December 11, 2006—officially released January 2, 2007

Per Curiam. The appeal is dismissed.